HELEN M. HOWELL, Respondent, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, Appellant.

*Howell* v. *Hancock Mut. L. Ins. Co.*, 107 App. Div. 200, affirmed.
(Argued October 10, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 21, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a policy of life insurance.

*William De Graff* for appellant.

*Elbridge L. Adams* for respondent.

Judgment affirmed, with costs, on the ground that no sufficient exception was taken to the submission to the jury of the question as to whether the time in which to pay the premium had been extended; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ.   Absent: GRAY, J.   Not sitting: HISCOCK, J.